# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY PARKER,<br><br>Defendant. | Case No. 2:15-cr-00108-KJD-NJK-2<br><br>**Order** |

This matter is before the undersigned on Defendant Parker's motion to amend pretrial release conditions and for permission to travel. (ECF No. 54). The Government does not oppose the request. (ECF No. 57). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Parker's motion to amend pretrial release conditions and for permission to travel (ECF No. 54) is **granted**. Defendant Parker is permitted to travel to Houston, Texas to visit with his parents and assist his mother. Defendant Parker must further provide Pretrial Services with the address for his parents' residence in Houston, Texas and a detailed travel itinerary. Pretrial Services shall continue to monitor Defendant Parker's travel via GPS.

DATED: February 21, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE