# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY PARKER,<br><br>Defendant. | Case No. 2:15-cr-00108-KJD-NJK-2<br><br>**Order** |

This matter is before the undersigned on Defendant Parker's motion to amend pretrial release conditions and for permission to travel. (ECF No. 59). The Government did not oppose the request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Parker's motion to amend pretrial release conditions and for permission to travel (ECF No. 59) is **granted**. Defendant Parker is permitted to travel to Houston, Texas to visit with his parents; assist his mother; and take his minor child to a dental appointment. Defendant Parker must further provide Pretrial Services with the address for his parents' residence in Houston, Texas; the information for his child's dentist; and a detailed travel itinerary. Pretrial Services shall continue to monitor Defendant Parker's travel via GPS.

DATED: April 19, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE