# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY PARKER,<br><br>Defendant. | Case No. 2:15-cr-00108-KJD-NJK-2<br><br>**Order** |

This matter is before the undersigned on Defendant Parker's third motion to amend pretrial release conditions and for permission to travel. (ECF No. 63). The Government did not oppose the request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Parker's third motion to amend pretrial release conditions and for permission to travel (ECF No. 63) is **granted**. Defendant Parker is permitted to travel to Lake Tahoe, Nevada to take his son on vacation for ten (10) days. Defendant Parker must provide Pretrial Services with a detailed travel itinerary. Pretrial Services shall continue to monitor Defendant Parker's travel via GPS.

DATED: May 16, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE