UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES, | Case No. 2:15-cr-00108-KJD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ZACHARY PARKER, | |
| Defendant. | |

Presently before the Court is Defendant Parker's Sixth Motion to Amend Pretrial Release Conditions and for Permission to Travel. (ECF No. 84). Pretrial Services does not oppose the request. The Government has not yet taken a position on the motion. The Court has previously granted four motions for permission to travel. Defendant seeks permission to travel to Redwood City, California to finalize the purchase and transportation of a vehicle for his business. Based on Defendant's past travel, the Court finds good cause to grant the motion.

Accordingly, IT IS HEREBY ORDERED that Defendant Parker's Sixth Motion to Amend Pretrial Release Conditions and for Permission to Travel (ECF No. 84) is **GRANTED**.

Defendant Parker is permitted to travel to Redwood City, California on January 24, 2025. Defendant Parker must provide Pretrial Services with a detailed travel itinerary. Pretrial Services shall continue to monitor Defendant Parker's travel via GPS.

DATED: January 23, 2025

_____
Kent J. Dawson
United States District Judge